IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| EDWIN BAEZ, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 06-5629 |
| | : | |
| SUPERINTENDENT GRACE, et al., | : | |
| Respondents, | : | |

_____

ORDER

AND NOW, this 29th day of May, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Responses thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated March 11, 2008, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

No objections were filed.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.